# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **URSULA MORRIS** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER:** 09-5632 |
| **RYDER TRUCK RENTAL LT., ET AL.** | * | **SECTION "L" (3)** |

## ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and a copy be delivered to chambers eight days prior to the date set for hearing on the motion. No memorandum in opposition to Plaintiff's Motion for Partial Summary Judgment (Rec. Doc. 11) as to liability, set for hearing on March 10, 2010, has been timely submitted by the Plaintiff.

Accordingly, this motion is deemed to be unopposed, and furthermore, it appearing to the Court that the motion is grounded in law and fact, IT IS ORDERED that Plaintiff's Motion for Partial Summary Judgment IS GRANTED.

New Orleans, Louisiana, this 5th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE